UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA L. F., <br>           Plaintiff, <br>       v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, <br>           Defendant. | No. CV 17-8676 FFM <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 14, 2019

                                        /S/FREDERICK F. MUMM
                                        FREDERICK F. MUMM
                                      United States Magistrate Judge